# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-43613 |
| | § | |
| JEAN C MURPHY | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 05/19/2011, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/14/2011         By:  /s/ David P. Leibowitz
                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43613 |
| | § | |
| JEAN C MURPHY | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $6,051.34
*and approved disbursements of* $750.13
*leaving a balance on hand of[1]:* $5,301.21

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $5,301.21

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,280.55 | $0.00 | $1,280.55 |
| David Leibowitz, Trustee Expenses | $5.40 | $0.00 | $5.40 |

Total to be paid for chapter 7 administrative expenses: $1,285.95
Remaining balance: $4,015.26

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  |  | Remaining balance: | $4,015.26 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,853.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Direct Loans | $18,853.75 | $0.00 | $4,015.26 |

|  | Total to be paid to priority claims: | $4,015.26 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $26,884.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $6,505.39 | $0.00 | $0.00 |
| 2 | Credit First NA | $640.62 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | $708.16 | $0.00 | $0.00 |
| 4 | Chase Bank USA, N.A. | $2,491.69 | $0.00 | $0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | $10,212.58 | $0.00 | $0.00 |
| 6 | Wells Fargo Financial Illinois, Inc | $740.00 | $0.00 | $0.00 |
| 7 | Chase Bank USA,N.A | $2,958.56 | $0.00 | $0.00 |
| 8 | Eye Associates Of New Mexico | $1,327.07 | $0.00 | $0.00 |
| 9 | GE Money Bank dba CARECREDIT/GEMB | $1,300.80 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-43613-JPC
Jean C Murphy                                                         Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: vwalker              Page 1 of 2              Date Rcvd: Apr 18, 2011
                               Form ID: pdf006            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2011.

```
db         +Jean C Murphy,    1210 W. Plainfield Rd,    Countryside, IL 60525-3454
aty        +Jay M Reese,    Jay M. Reese Attorney at Law,    286 W Fullerton,    Addison, IL 60101-3783
tr         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14736091    Adventist LaGrange Memorial Hospital,    PO Box 9234,    Oak Brook, IL  60522-9234
14736092    Bac Home Loans Servicing, LP,    P.O. Box 650070,    Dallas, TX  75265-0070
14736093    Best Buy,    HSBC Retail Services,    PO Box 17298,    Baltimore, MD  21297-1298
14996646    CAPITAL ONE BANK USA, N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO Box 71083,
             Charlotte, NC  28272-1083
14736094    Capital  One Bank,    P.O. Box 6492,    Carol Stream, IL  60197-6492
14736096    Chase,    P.O. Box 15153,    Wilimington, DE  19886-5153
14997580    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15087733   +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14989473   +Credit First NA,    P O Box 818011,    Cleveland OH 44181-8011
14736098    Dorothy Bunt,    1210 W. Plainfield Rd.,    Countryside, IL  60525-3454
14736099   +Eye Associates Of New Mexico,    Suite 370,    8801 Horizon Blvd NE,    Albequerque, NM 87113-1563
14736100    Firestone,    Credit First N.A.,    P.O. Box 81344,    Cleveland, OH  44188-0344
14736090    Law Offices of Jay M Reese,    286 W Fullerton Ave,    Addison, IL  60101-3767
14736102   +North American Credit Services,    Suite 100,    2810 Walker Rd,    Chattanooga, TN 37421-1082
15048633   +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
14736103   +Riverside Orthopedics, Ltd.,    6641 W. Ogden Ave.,    Berwyn, IL 60402-5539
14736104   +Shell,    Citi Cards,    Processing Center,    Des Moines, IA 50363-0001
14736105    Sony/Chase,    Card Member Services,    P.O. Box 15153,    Wilmington, DE  19886-5153
14736106    St Vincent Regional Medical Center,    PO Box 842211,    Dallas, TX  75284-2211
15023260   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: Direct Loans,     P O Box 7202,    Utica, NY 13504-7202)
14736107   +UIC  Sleep Science Center,    6114 Paysphere Circle,    Chicago, IL 60674-0001
14736108    Wells Fargo Financial,    P.O. Box 98784,    Las Vegas, NV  89193-8784
15063437   +Wells Fargo Financial Illinois, Inc,    4137 121st Street,    Urbandale IA 50323-2310
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14736095      E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2011 00:16:54     Care Credit/GE Money Bank,
              P.O. Box 960061,   Orlando, FL  32896-0061
14968885      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2011 00:13:32     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14736097      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 19 2011 00:13:32     Discover,   P.O. Box 6103,
              Carol Stream, IL  60197-6103
15187660     +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2011 00:16:54     GE Money Bank dba CARECREDIT/GEMB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14736101      E-mail/PDF: cr-bankruptcy@kohls.com Apr 19 2011 00:13:01     Kohl's Payment Center,
              P.O. Box 2983,   Milwaukee, WI  53201-2983
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14736089      Murphy Jean C
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1           User: vwalker                Page 2 of 2                   Date Rcvd: Apr 18, 2011
                                Form ID: pdf006              Total Noticed: 31

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2011**                      **Signature:** _/s/ Joseph Speetjens_