UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 09-43613-JPC
§
JEAN C MURPHY §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $312,870.00 | Assets Exempt: | $6,370.00 |
| Total Distributions to Claimants: | $4,016.34 | Claims Discharged Without Payment: | $63,254.42 |
| Total Expenses of Administration: | $1,290.21 | | |

3) Total gross receipts of $6,052.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $745.87 (see **Exhibit 2),** yielded net receipts of $5,306.55 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $318,757.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,290.21 | $1,290.21 | $1,290.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $18,853.75 | $18,853.75 | $4,016.34 |
| General Unsecured Claims (from **Exhibit 7**) | $38,697.87 | $26,884.87 | $26,884.87 | $0.00 |
| **Total Disbursements** | $357,454.87 | $47,028.83 | $47,028.83 | $5,306.55 |

 4). This case was originally filed under chapter 7 on 11/17/2009. The case was pending for 27 months.

 5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 02/07/2012                     By:   /s/ David P. Leibowitz
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 tax refund, unscheduled | 1224-000 | $6,049.83 |
| Interest Earned | 1270-000 | $2.59 |
| **TOTAL GROSS RECEIPTS** | | **$6,052.42** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Jean C Murphy | Exemptions | 8100-002 | $745.87 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$745.87** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bac Home Loans Servicing, LP | 4110-000 | $318,757.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$318,757.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,280.55 | $1,280.55 | $1,280.55 |
| David Leibowitz, Trustee | 2200-000 | NA | $5.40 | $5.40 | $5.40 |
| International Sureties, Ltd | 2300-000 | NA | $4.26 | $4.26 | $4.26 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,290.21** | **$1,290.21** | **$1,290.21** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |

UST Form 101-7-TDR (5/1/2011)

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 10 | Direct Loans | 5800-000 | NA | $18,853.75 | $18,853.75 | $0.00 |
| | Office of the Bankruptcy Clerk (Claim No. 10; Direct Loans) | 5800-001 | $0.00 | $0.00 | $0.00 | $4,016.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $18,853.75 | $18,853.75 | $4,016.34 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-900 | $6,474.37 | $6,505.39 | $6,505.39 | $0.00 |
| 2 | Credit First NA | 7100-900 | NA | $640.62 | $640.62 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 7100-900 | $708.16 | $708.16 | $708.16 | $0.00 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $6,588.33 | $2,491.69 | $2,491.69 | $0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | NA | $10,212.58 | $10,212.58 | $0.00 |
| 6 | Wells Fargo Financial Illinois, Inc | 7100-900 | $767.00 | $740.00 | $740.00 | $0.00 |
| 7 | Chase Bank USA,N.A | 7100-900 | NA | $2,958.56 | $2,958.56 | $0.00 |
| 8 | Eye Associates Of New Mexico | 7100-000 | $1,327.07 | $1,327.07 | $1,327.07 | $0.00 |
| 9 | GE Money Bank dba CARECREDIT/GEMB | 7100-900 | $1,300.80 | $1,300.80 | $1,300.80 | $0.00 |
| | Adventist LaGrange Memorial Hospital | 7100-000 | $372.75 | NA | NA | $0.00 |
| | Adventist LaGrange Memorial Hospital | 7100-000 | $260.92 | NA | NA | $0.00 |
| | Adventist LaGrange Memorial Hospital | 7100-000 | $523.71 | NA | NA | $0.00 |
| | Best Buy | 7100-000 | $2,170.47 | NA | NA | $0.00 |
| | Care Credit/GE | 7100-000 | $1,035.60 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Money Bank |  |  |  |  |  |
| Firestone | 7100-000 | $750.00 | NA | NA | $0.00 |
| Kohl's Payment Center | 7100-000 | $2,958.56 | NA | NA | $0.00 |
| Riverside Orthopedics, Ltd. | 7100-000 | $74.00 | NA | NA | $0.00 |
| Shell | 7100-000 | $9,966.81 | NA | NA | $0.00 |
| Sony/Chase | 7100-000 | $2,491.69 | NA | NA | $0.00 |
| St Vincent Regional Medical Center | 7100-000 | $507.24 | NA | NA | $0.00 |
| UIC Sleep Science Center | 7100-000 | $420.39 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $38,697.87 | $26,884.87 | $26,884.87 | $0.00 |

Case 09-43613    Doc 36    Filed 03/16/12    Entered 03/16/12 13:29:54    Desc Main
                                Document      Page 5 of 9

**UST Form 101-7-TDR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |   | | |
|---|---|---|---|---|
| **Case No.:** | 09-43613-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MURPHY, JEAN C | | **Date Filed (f) or Converted (c):** | 11/17/2009 (f) |
| **For the Period Ending:** | 2/7/2012 | | **§341(a) Meeting Date:** | 12/30/2009 |
| | | | **Claims Bar Date:** | 04/14/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Debtor's homestead, Rd., Countryside, IL 60525 - | $306,500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2  Cash on hand | $70.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3  Checking account average balance certificates of | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4  Appliances, Furniture, television, computer, bed | $1,600.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5  1980 Honda 200 CC Twin Star | $500.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6  2001 Chrysler Sebring | $2,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7  2001 Oldsmobile Alero with 104,000 miles | $1,900.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8  2010 tax refund, unscheduled  (u) | Unknown | $6,049.83 | DA | $6,049.83 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | DA | $2.59 | FA |

**TOTALS (Excluding unknown value)**                                                      **Gross Value of Remaining Assets**

$312,870.00     $6,049.83          $6,052.42     $0.00

**Major Activities affecting case closing:**
Tax Refund Received and Portion due to Debtor paid.
TFR in Progress
TFR Completed for Trustee's review.
Waiting on September's bank statement distribution check has not cleared.
TDR to be completed.

**Initial Projected Date Of Final Report (TFR):** 10/12/2011           /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 10/12/2011           DAVID LEIBOWITZ

**FORM 2** Page No: 1

Case 09-43613 Doc 36 Filed 03/16/12 Entered 03/16/12 13:29:54 Desc Main Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document Page 7 of 9

| **Case No.** | 09-43613-JPC | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | MURPHY, JEAN C | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9393 | | | **Checking Acct #:** | ******1301 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/17/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/7/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $5,302.29 | | $5,302.29 |
| 07/12/2011 | 5001 | David Leibowitz | Trustee Expenses | 2200-000 | | $5.40 | $5,296.89 |
| 07/12/2011 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,280.55 | $4,016.34 |
| 07/12/2011 | 5003 | Direct Loans | Claim #: 10; Amount Claimed: 18,853.75; Amount Allowed: 18,853.75; Distribution Dividend: 21.30; | 5800-000 | | $4,016.34 | $0.00 |
| 11/21/2011 | 5003 | STOP PAYMENT: Direct Loans | Stop Payment for Check# 5003 | 5800-004 | | ($4,016.34) | $4,016.34 |
| 11/21/2011 | 5004 | Office of the Bankruptcy Clerk | Unclaimed Funds | 5800-001 | | $4,016.34 | $0.00 |
| | | | **TOTALS:** | | $5,302.29 | $5,302.29 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $5,302.29 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $5,302.29 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $5,302.29 | |

| For the period of 11/17/2009 to 2/7/2012 | | For the entire history of the account between 06/29/2011 to 2/7/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $5,302.29 | Total Internal/Transfer Receipts: | $5,302.29 |
| | | | |
| Total Compensable Disbursements: | $5,302.29 | Total Compensable Disbursements: | $5,302.29 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,302.29 | Total Comp/Non Comp Disbursements: | $5,302.29 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2
Exhibit 9

| Case No. | 09-43613-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MURPHY, JEAN C | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9393 | Money Market Acct #: | ******3613 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MurphyJean C MMA |
| For Period Beginning: | 11/17/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/7/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/07/2010 | (8) | United States Treasury | Tax Refund | 1224-000 | $6,049.83 | | $6,049.83 |
| 07/22/2010 | 3000 | Jean C Murphy | | 8100-002 | | $745.87 | $5,303.96 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.15 | | $5,304.11 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.23 | | $5,304.34 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.22 | | $5,304.56 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.23 | | $5,304.79 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.22 | | $5,305.01 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.23 | | $5,305.24 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.23 | | $5,305.47 |
| 02/04/2011 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $4.26 | $5,301.21 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 | | $5,301.41 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.23 | | $5,301.64 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.22 | | $5,301.86 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.23 | | $5,302.09 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.20 | | $5,302.29 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $5,302.29 | $0.00 |
| | | | **TOTALS:** | | $6,052.42 | $6,052.42 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $5,302.29 | |
| | | | Subtotal | | $6,052.42 | $750.13 | |
| | | | Less: Payments to debtors | | $0.00 | $745.87 | |
| | | | Net | | $6,052.42 | $4.26 | |

| For the period of 11/17/2009 to 2/7/2012 | | For the entire history of the account between 07/07/2010 to 2/7/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,052.42 | Total Compensable Receipts: | $6,052.42 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,052.42 | Total Comp/Non Comp Receipts: | $6,052.42 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4.26 | Total Compensable Disbursements: | $4.26 |
| Total Non-Compensable Disbursements: | $745.87 | Total Non-Compensable Disbursements: | $745.87 |
| Total Comp/Non Comp Disbursements: | $750.13 | Total Comp/Non Comp Disbursements: | $750.13 |
| Total Internal/Transfer Disbursements: | $5,302.29 | Total Internal/Transfer Disbursements: | $5,302.29 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | | |
|---|---|---|---|---|---|
| **Case No.** | 09-43613-JPC | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | MURPHY, JEAN C | | **Bank Name:** | Sterling Bank | |
| **Primary Taxpayer ID #:** | ******9393 | | **Money Market Acct #:** | ******3613 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MurphyJean C MMA | |
| **For Period Beginning:** | 11/17/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 2/7/2012 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,052.42 | $6,052.42 | $0.00 |

| For the period of 11/17/2009 to 2/7/2012 | | For the entire history of the case between 11/17/2009 to 2/7/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,052.42 | Total Compensable Receipts: | $6,052.42 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,052.42 | Total Comp/Non Comp Receipts: | $6,052.42 |
| Total Internal/Transfer Receipts: | $5,302.29 | Total Internal/Transfer Receipts: | $5,302.29 |
| Total Compensable Disbursements: | $5,306.55 | Total Compensable Disbursements: | $5,306.55 |
| Total Non-Compensable Disbursements: | $745.87 | Total Non-Compensable Disbursements: | $745.87 |
| Total Comp/Non Comp Disbursements: | $6,052.42 | Total Comp/Non Comp Disbursements: | $6,052.42 |
| Total Internal/Transfer Disbursements: | $5,302.29 | Total Internal/Transfer Disbursements: | $5,302.29 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ